IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DINEEN CHERYLANN ETIENNE, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 5:23-cv-214-BO-RN |
| MACHELLE SANDERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NEXSTAR MEDIA GROUP, INC. AND PETER A. SOOK'S**
**12(b)(6) MOTION TO DISMISS**

Defendants Nexstar Media Group, Inc. and Perry A. Sook ("Nexstar"),[1] by and through undersigned counsel, hereby move to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

Plaintiff's claims against Nexstar pertain to news reports about Plaintiff and her construction business that were published in 2018. These news reports were the center of two other lawsuits brought by Plaintiff in state court, the first voluntarily dismissed by Plaintiff and the second dismissed with prejudice by Wake County Superior Court.

Nexstar should be dismissed from this lawsuit with prejudice on grounds that (1) Plaintiff's claims were dismissed with prejudice in a final judgment in state court and therefore

[1] Plaintiff lists "Nexstar, Perry A. Sook" as a defendant in this matter, and within the allegations of the Complaint refers to "Nexstar." *See* Compl., ECF 1, at 13, 25, 48, 64-65. Plaintiff makes no reference to Sook within the pleadings, indicating that the claims are against the entity "Nexstar." The proper corporate name for "Nexstar" or "Nexstar, Perry A. Sook" as referenced in the Complaint and Summons is "Nexstar Media Group, Inc." To the extent Plaintiff intended to name Nexstar's Chief Executive Officer as a defendant, he should be dismissed for the additional reason that the Complaint contains no factual allegations or claims against him.

are barred by *res judicata*, (2) the statute of limitations for defamation in North Carolina is one year, *see* N.C. Gen. Stat. § 1-54(3), therefore any reputation-based claim is time barred, and (3) Plaintiff fails to plausibly plead any cause of action against Nexstar that would entitle her to any legal relief.

Respectfully submitted, this the 11th day of May, 2023.

*/s/ Lauren P. Russell*
Lauren P. Russell (N.C. Bar No. 54372)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006-1157
Tel: (202) 661-7605
Fax: (202) 661-2299
russelll@ballardspahr.com

*Attorney for Nexstar Media Group, Inc. and Perry A. Sook*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May 2023, I caused true and correct copies of the foregoing to be served via ECF on counsel of record and via electronic mail and U.S. Mail on the following:

DINEEN CHERYLANN ETIENNE
4210 Falmont Place
Unit 207
Fayetteville, NC 28314
deesconstruction0706@yahoo.com

*Pro se Plaintiff*

*/s/ Lauren P. Russell*
Lauren P. Russell (N.C. Bar No. 54372)