Exhibit 3

STATE OF NORTH CAROLINA
COUNTY OF CUMBERLAND

IN THE GENERAL COURT OF
JUSTICE DISTRICT COURT DIVISION
19 CVS 1022

2019 FEB 18 A 9:40
CUMBERLAND CO., C.S.C.
BY ______
FILED

DINEEN ETIENNE )
)
Plaintiff, )
V )
)
)
NORTH CAROLINA CHANNEL 17 NEWS )
STEVEN SBRACCIA )
Defendants, )

Amended
SLANDER, DEFAMATION OF
CHARACTER, LIBEL

COMPLAINT

Whereof Plaintiff, Dineen Etienne is a resident of Fayetteville, North Carolina hereby file this complaint against the Defendants Channel 17 news and Steven Sbraccia for slander, defamation of character, and libel.

JURISDICITION VENUE

1) The Plaintiff, Dineen Etienne that maintains resident at: 4210 Falmont Place Unit 207, Fayetteville, North Carolina 28314.

2) Defendant North Carolina Channel-17 news, and is an affiliate news station of CBS news. Channel -17 news, that maintains its business station at: 1205 Front Street, Raleigh North Carolina 27609.

3) Defendant Steve Sbraccis an investigative reporter for Channel -17 news is employee of Channel -17 news that maintains its business station at: 1205 Front Street, Raleigh North Carolina 27609.

4) Pursuant to civil 804.40 Defamation –venue is proper for this action in Cumberland County, as the Defendants resides in Wake County, North Carolina.

COUNT 1, 2, 3
DEFAMATION OF CHARACTER, LIBEL

5) As of June 2018 these False and malicious statements was communicated to at least millions through, channel 17 news in the state of North Carolina .

Case 5:23-cv-00214-D-RN Document 41-4 Filed 05/11/23 Page 2 of 7

6) The Defendants false and malicious statements, when considered alone and without innuendo, have (a) negatively impacted Plaintiff trustworthiness and character. (b) Caused Plaintiff to be subjected to distrust, ridicule, contempt, and disgrace and (c) injured Plaintiff reputation and goodwill in the Fayetteville North Carolina community located in North Carolina.

7) As a result of the Defendant's actions, the plaintiff has suffered damages for which the defendant should compensate plaintiff.

9) Plaintiff has performed all condition precedent to the bringing of these actions.

10) This is an action for damages arising from the Defendants publication of Channel 17 news containing false, injurious, and defamatory slander statements about the plaintiff business practices and performances.

11) As of June 2018 these False and malicious statements was communicated to at least millions through, channel 17 news in the state of North Carolina and place on googles search engines for billions that Dineen Etienne is a poison contractor.

12) The Defendants false and malicious statements, when considered alone and without innuendo, have (a) negatively impacted Plaintiff trustworthiness and character. (b) Caused Plaintiff to be subjected to distrust, ridicule, contempt, and disgrace and (c) injured Plaintiff reputation and goodwill in the Fayetteville North Carolina community located in North Carolina and around the world,

13) As a result of the Defendant's actions, the plaintiff has suffered damages for which the defendant should compensate plaintiff.

14) Pursuant to N.C.P.I. Civil 806.50 of defamation, Libel actionable

15) Defendants, and its investigative reporter Steve Sbraccis reporter for Channel 17 news, falsified information without doing a complete investigation. And intentionally left out information that was pertinent to this investigation.

16) Defendants have conspired with North Carolina Department of Public Safety and its employees, North Carolina Department of Transportation and Administrative office of its exploitation of women, minorities

doing business with in North Carolina.

17) Plaintiff has performed all condition precedent to the bringing of these actions.

FACTS OF COMPLANT

18) Defendants were welcomed into my home at 4210 Falmont Place Unit 207, Fayetteville NC 29314, on March 22, 2018 at or around 11:30am

19) Defendants than were giving complete documentations of what has transpired on a project that I secured with North Carolina Department of Public Safety, with the collusion and racketeering practices that took place on this project.

20) And its North Carolina Dept. of Administration's Office Recklessly abused and exploitation of women, minorities, disabled veterans, disadvantaged and disabled business owners.

21) The abuses of State programs and offices; politicizing federal and state funds designated to help small, minority, disadvantaged and disabled business owners by awarding contracts to friends who provided little support to businesses. The purpose, it seems, is to corral the minority and women voters for election.

22) Bring attention to Defendants of the powerful to investigate practices of collusion that needs investigating within the State of North Carolina.

23) Defendants were made aware of battling against federal and state agencies engaged in corruption.

24) Defendants, were made aware of the many barriers of minority to secure bank loans, or even funding through the small business administration. But, instead has to secure money from friend and family members.

25) Defendants were made aware of records indicate the bundling and misuse of public funds have occurred for more than ten years.

26) Plaintiff has performed all condition precedent to the bringing of these actions.

27) With North Carolina Department of Public Safety communicating with my suppliers, which is against the law! (Pursuant to 133-24. Government contracts; violation of G.S. 75-1 and 75-2) That had placed me in a position, where I am over paying for supplies, double paying for supplies. Along with the behavior of

suppliers either delivery the products damaged and refuse to make it right!

28) Defendants, first report that your report he did with Anthony. Anthony indicated in your report that he never step foot inside Bank of America, had your reporter had actual documentation, it will show that Anthony and I got the documents notarized by a Bank of America and a Bank of America employee. And took the funds in the amount of $5000 and put it into my account. Cameras don't lie!

29) Defendants second report that with the Edwards! Also, was false and this couple continue to lie and to tarnish Reputation of Plaintiff and her business.

30) Plaintiff is suing the Edwards for breach of contract, defamation of character and slander. The Edwards, clearly violated a contract that was signed July 14, 2017. Mrs. Edwards also indicated that the charges were dropped against her! That is not true, as you will see from the documentation that I have provided.

31) Had Defendants done of investigating! Steve would have seen that, Plaintiff is the one that dialed 911. When the police came to their home. Plaintiff was able to get my supplies out of their home along with my

32) The officers that came out, advise me to go down to the magistrate to file a report. Which Plaintiff did!

33) As you will see from the documentation Plaintiff have enclosed! Mrs. Edwards stated that the court dismissed the charges because of false allegations. That is not true, in fact there was a mediation that was done in the courts that Cumberland County required us to do! As you will see from the documentation I have provided.

34) Secondly, the Edwards indicated that Plaintiff did substandard work and my work was terrible! If that was the case, why did they let me go from room to room to complete 95% of the project! When I got down to the last room Mrs. Edwards assaulted me! In order not to pay, which is a classic case of home owners/ general contractor not wanting to pay their sub-constructors.

And as you will see from the documentations Plaintiff has provided the Edwards planned not to pay Plaintiff all money from the beginning.

35) Also, you will see from the documentation that Plaintiff has provided with the payments. Mrs. Edwards

did not go with me to get the supplies when I initially started the project. All material were delivered by Lowes. In fact Mrs. Edwards wrote me a check for the supply in the amount of 29,636.58 to purchase all the materials. (Look at the bottom left hand of the check and just has Amy Edwards.

36) As you will see after Plaintiff purchased the materials the Edwards begin paying Plaintiff for the renovations to their home and as you will see at the bottom of each check it's indicate renovations for the home. So they did not pay me in full and there was a lien placed on their home.

37) Defendants, filed to go state filing of Plaintiff registrations with the State of North Carolina and the office of Historical underutilized business to see since 2013. Plaintiff is registered has a small business and cannot do work over 29,999.00. Which clearly indicates that Plaintiff is a Sub-contractor.

38) Plaintiff also advised the Edwards of this laws.

39) DEFENDANTS through channel 17 news have made statements about Plaintiff, which are false.

40) DEFENDANTS through channel 17 news to published, and/or communicated to third parties these falsehoods.

41) DEFENDANTS knew such false statements would likely result in material and substantial defamation of Plaintiff and her business practices.

42) DEFENDANTS false statements imputes to other conduct, characteristics and/or conditions incompatible with the proper exercise of Plaintiff lawful business, trade and/ or professionalism.

43) DEFENDANTS, fail to read the settlement agreement between both pay the state Paragraph (10) of the agreement, which state enforcement- notwithstanding the forgoing release, the parties acknowledge and agree that and all claims relating to or arising out of any breach of the obligations owned under this Agreement are expressly reserved. In the event of a breach of this agreement, the injured party by law or equity, including the right to the specific performance and damages for breach of this agreement. If it becomes necessary for either party to seek enforcement of this agreement through civil action, the prevailing party in such action shall be entitled to an award of it cost and actual attorney's fees from the non-prevailing party.

44) Plaintiff was unable to defend her self in news report because of settlements agreement between Edwards.

45) DEFENDANTS maliciously went after Plaintiff after complaint was filed at NCDOT, HUB office and NCDPS for abuse of power and mismanagement of public funds.

PRAYER FOR RELIEF

Wherefore, the Plaintiff Dineen Etienne Demands judgment against the Defendants' Channel 17 News and Steve Sbraccis pays for damages and other relief that this court deems just and proper.

1) DEFENDANTS removal of all reports of slander from there website and Google.
2) DEFENDANTS make a public apology to Plaintiff on the air of Channel 17 News
3) DEFENDANTS make Plaintiff whole by payment of monetary damages.
4) Plaintiff prayers for relief of harassment and emotional distress.

THIS THE 15TH DAY OF FEBUARY, 2019

BY:____________________

Dineen Etienne
4210 Falmont Place Unit 207
Fayetteville NC 28314
deesconstruction@mail.com
919-996-0109