# Exhibit 5

**STATE OF NORTH CAROLINA**

Cumberland County

*File No.* 19- CVS-1022

In The General Court Of Justice
☐ Small Claims ☐ District ☒ Superior Court Division

*Name Of Plaintiff*
Dineen Etienne.

**VERSUS**

*Name Of Defendant*
NORTH CAROLINA CHANNEL 17 NEWS; STEVEN SBRACCIA

# NOTICE OF VOLUNTARY DISMISSAL

☒ **COMPLAINT**
☐ **COUNTERCLAIM**
☐ **OTHER** ______

G.S. 1A-1, Rule 41

*Complete the following information if known:*

| Court Date | Time | | Location |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☒ The plaintiff gives notice of voluntary dismissal ☐ with prejudice ☒ without prejudice in this case as to all of the defendants.

☐ The plaintiff gives notice of voluntary dismissal ☐ with prejudice ☐ without prejudice in this case as to only the defendants named below and this case remains open as to defendants not listed.
*(Name of defendants for whom dismissal taken.)*

☐ The defendant gives notice of voluntary dismissal ☐ with prejudice ☐ without prejudice of the counterclaim in this case as to all of the plaintiffs.

☐ The defendant gives notice of voluntary dismissal ☐ with prejudice ☐ without prejudice in this case as to only the plaintiffs named below and the counterclaim remains open as to plaintiffs not listed.
*(Name of plaintiffs for whom dismissal taken.)*

☒ Other:
March 25, 2019 to Defendants attorney: B.J. Patrick Cross and John Bussian, 150 Fayetteville Street Suite 1700, Raleigh North Carolina 27601,

| | |
|---|---|
| *Date* 3/25/2019 | *Plaintiff Or Attorney* [signature] |
| *Date* | *Defendant Or Attorney* |

**NOTE TO CITY OR COUNTY PLAINTIFF:** *If, pursuant to G.S. 7A-317, you were not required to pay all costs when filing the complaint to which you are taking a voluntary dismissal, you must pay the costs to the Clerk of Superior Court upon taking a voluntary dismissal. See G.S. 1A-1, Rule 41(d).*

AOC-CV-405, Rev. 4/18
© 2018 Administrative Office of the Courts