UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DINEEN CHERYLANN ETIENNE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> RESERVE AT CARRINGTON PLACE, ) <br> et al., ) <br> ) <br> ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:23-CV-214-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS IN PART defendants' motions to dismiss [D.E. 41, 50, 84, 85, 87, 89, 98, 101, 107, 112, 121, 125, 128, 132, 135], and DISMISSES the action WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m).

**This Judgment Filed and Entered on December 18, 2023, and Copies To:**

| | |
|---|---|
| Dineen Cherylann Etienne | (via US Mail to 842 28th Street, Newport News, VA 23607) |
| Emily P. Tucker | (via CM/ECF electronic notification) |
| RaShawnda Murphy Williams | (via CM/ECF electronic notification) |
| Orlando Luis Rodriguez | (via CM/ECF electronic notification) |
| Thomas Henry Moore | (via CM/ECF electronic notification) |
| Joseph A. Schouten | (via CM/ECF electronic notification) |
| Michael James | (via CM/ECF electronic notification) |
| Elizabeth Curran O'Brien | (via CM/ECF electronic notification) |
| Hunter Everett Fritz | (via CM/ECF electronic notification) |
| Joshua D. Neighbors | (via CM/ECF electronic notification) |
| Lauren P. Russell | (via CM/ECF electronic notification) |
| Isabelle M. Chammas | (via CM/ECF electronic notification) |

| | |
|---|---|
| Henry W. Sappenfield | (via CM/ECF electronic notification) |
| H. Addison Winters , III | (via CM/ECF electronic notification) |
| Thomas R. Lynch | (via CM/ECF electronic notification) |
| Jeffrey D. Keister | (via CM/ECF electronic notification) |
| G. Calvin Awkward , III | (via CM/ECF electronic notification) |
| Thomas M. Buckley | (via CM/ECF electronic notification) |
| William L. Nimick | (via CM/ECF electronic notification) |
| Joseph W. Moss , Jr. | (via CM/ECF electronic notification) |
| Paul Felipe Williamson | (via CM/ECF electronic notification) |

DATE: December 18, 2023    PETER A. MOORE, JR., CLERK

(By) /s/ Stephanie Mann
Deputy Clerk