FILED: February 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1044
(5:23-cv-00214-D-RN)

---

DINEEN CHERYLANN ETIENNE

Plaintiff - Appellant

v.

MACHELLE SANDERS, Secretary, North Carolina Department of Administration; North Carolina Department of Commerce; TAMMIE ELAINE HALL, Division Executive Director, Historically Underutilized Businesses; BENNY SLOAN, DBW Certification Officer, North Carolina Department of Transportation; BRANDON LEE, DBE Certification Officer, North Carolina Department of Transportation; Supplier for Professional Service Manager, Institute Economic Development; DARRIN BROWN, DBE Certification Officer, North Carolina Department of Transportation; ALYSSA MAKO, DBE Certification Officer, North Carolina Department of Transportation; Project Director, Institute Economic Development; DAVID DUBOIS, Loan Specialist, Small Business Administration; CYNTHIA POPE, National Ombudsman, Small Business Administration; ISABELLA CASILLAS GUZMAN, Administrator Director of SBA, Small Business Administration; SHAWN WILLIAMS, General Construction Manager, North Carolina Department of Public Safety; WILLIAM N. STOVALL, Deputy Correction Secretary, North Carolina Department of Public Safety; ROBERT SEAL, North Carolina Department of Public Safety; MATT WELLS, Central Engineering Inmate Construction Program, North Carolina Department of Public Safety; KIM V. OHOW, Administrative Assistant, North Carolina Department of Public Safety; LATIF KAID, P.E. Director, North Carolina Construction Office; JOSHUA STEIN, Attorney General, North Carolina Attorney General Office; F. BLAIR WILLIAM, Clerk of Superior Court, Wake County Clerk Officer of the Court; T. L. DAVIS, Sheriff Officer, Wake County Sheriff Office; GINA HAWKINS, Police Chief, Fayetteville Police Department; ENNIS W. WRIGHT, Sheriff, Fayetteville Sheriff Office; TERESA MONROE,

Child Support Enforcement Agent, Cumberland County Department of Health and Human Services; WANDA MELANSON, Plaintiff Medical Provider, Cumberland County Health Net; KATIE HAMMOND, Manager, FedEx; RONALD G. PENNY, Acting Secretary, North Carolina Department of Revenue; FAYETTEVILLE UNITED STATES POST OFFICE; KAREN REA PERKINS, a/k/a Blue Ridge Management, Manager, Reserve at Carrington Place; RESERVE AT CARRINGTON PLACE; TIFFANY BRYANT, Investigator, North Carolina Ethics Commission; NORTH CAROLINA INDUSTRIAL COMMISSION; MYRA L. GRIFFIN, Vice-Chair, North Carolina Industrial Commission; ROY COOPER, North Carolina Governor; ELAINE F. MARSHALL, North Carolina Secretary of State; JOEL MACON, Field Investigator, North Carolina Board of Licensed General Contractors; STEVE SBRACCIA, Investigator News Report, CBS; LESLIE MOONVES, President/CEO, CBS; PERRY A. SOOK, CEO Nexstar; BRITTANY MIXON, Attorney, CarnesEarwick Law Firm; REINER SMIT, Attorney, CarnesWarwick Law Firm; JONATHAN ALEXANDER CARNES, Attorney, CarnesWarwick Law Firm; TARA D. WARWICK, Attorney, CarnesWarwick Law Firm; JASON M. HENSLEY, Executive Director, North Carolina Bar Association; MARIA HARKLEY, DORMAKABA; KATELYNN PORTER, DORMAKABA; VICKIE INZERILLO, DORMAKABA; DAN DOLE, DORMAKABA; CAROLINIAN NEWSPAPER; KEVIN J. PRICE, President/CEO, Institute Economic Development; CARLOS MCCALL, Financial Technical, Institute Economic Development; T. F. CONGLETON, Senior Credit Officer, Natural Capital Investment Fund, Inc. (NCIF);; ANNA TEFT, Senior Vice President & Director of Lending, Natural Capital Investment Fund, Inc. (NCIF); BRYANT EDWARDS; AMY EDWARDS; GREY PARKS, President/Owner, Parkers Building Supply; ABBY ORTIZ, Owner, A1 Supply; MIKE AUSTELL, Operation & Workforce Development, Carolina AGC; BILL STRICKER, VP Operation & Workforce Development, Carolinas AGC; SHELBY M. SCALES, Director of Small and Disadvantages Business, U.S. Department of Transportation; DARRIN BROWN, Director of Small and Disadvantages Business, U.S. Department of Transportation; SCOTT STRICKLAND, Martin Architectural Products; CHARLIE CONGLETON, Owner, Smith-Congleton Hardware; STEPHENSON MILLWORKS COMPANY; TRACY A. BURGESS, Owner/Vice President, Burgess Sale & Supply; PRYOR GIBSON, Assistant Secretary, North Carolina Employment Security; DAVID BYWATER, CEO, Vivant Headquarters; KELLY BUNCE, Representative/Insurance Agent, Accurrence Insurance II; MITCH COLVIN, Mayor, City of Fayetteville; ANTHONY BANNERMAN, Ex-Boyfriend; RIHARD FOX, Ex-Attorney; CARNESWICK LAW FIRM; NORTH CAROLINA LICENSING BOARD OF GENERAL CONTRACTORS; NEXSTAR

Defendants - Appellees

---

O R D E R

---

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk