FILED: May 24, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1044
(5:23-cv-00214-D-RN)

---

DINEEN CHERYLANN ETIENNE

Plaintiff - Appellant

v.

MACHELLE SANDERS, Secretary, North Carolina Department of Administration; North Carolina Department of Commerce; TAMMIE ELAINE HALL, Division Executive Director, Historically Underutilized Businesses; BENNY SLOAN, DBW Certification Officer, North Carolina Department of Transportation; BRANDON LEE, DBE Certification Officer, North Carolina Department of Transportation; Supplier for Professional Service Manager, Institute Economic Development; DARRIN BROWN, DBE Certification Officer, North Carolina Department of Transportation; ALYSSA MAKO, DBE Certification Officer, North Carolina Department of Transportation; Project Director, Institute Economic Development; DAVID DUBOIS, Loan Specialist, Small Business Administration; CYNTHIA POPE, National Ombudsman, Small Business Administration; ISABELLA CASILLAS GUZMAN, Administrator Director of SBA, Small Business Administration; SHAWN WILLIAMS, General Construction Manager, North Carolina Department of Public Safety; WILLIAM N. STOVALL, Deputy Correction Secretary, North Carolina Department of Public Safety; ROBERT SEAL, North Carolina Department of Public Safety; MATT WELLS, Central Engineering Inmate Construction Program, North Carolina Department of Public Safety; KIM V. OHOW, Administrative Assistant, North Carolina Department of Public Safety; LATIF KAID, P.E. Director, North Carolina Construction Office; JOSHUA STEIN, Attorney General, North Carolina Attorney General Office; F. BLAIR WILLIAM, Clerk of Superior Court, Wake

County Clerk Officer of the Court; T. L. DAVIS, Sheriff Officer, Wake County Sheriff Office; GINA HAWKINS, Police Chief, Fayetteville Police Department; ENNIS W. WRIGHT, Sheriff, Fayetteville Sheriff Office; TERESA MONROE, Child Support Enforcement Agent, Cumberland County Department of Health and Human Services; WANDA MELANSON, Plaintiff Medical Provider, Cumberland County Health Net; KATIE HAMMOND, Manager, FedEx; RONALD G. PENNY, Acting Secretary, North Carolina Department of Revenue; FAYETTEVILLE UNITED STATES POST OFFICE; KAREN REA PERKINS, a/k/a Blue Ridge Management, Manager, Reserve at Carrington Place; RESERVE AT CARRINGTON PLACE; TIFFANY BRYANT, Investigator, North Carolina Ethics Commission; NORTH CAROLINA INDUSTRIAL COMMISSION; MYRA L. GRIFFIN, Vice-Chair, North Carolina Industrial Commission; ROY COOPER, North Carolina Governor; ELAINE F. MARSHALL, North Carolina Secretary of State; JOEL MACON, Field Investigator, North Carolina Board of Licensed General Contractors; STEVE SBRACCIA, Investigator News Report, CBS; LESLIE MOONVES, President/CEO, CBS; PERRY A. SOOK, CEO Nexstar; BRITTANY MIXON, Attorney, CarnesEarwick Law Firm; REINER SMIT, Attorney, CarnesWarwick Law Firm; JONATHAN ALEXANDER CARNES, Attorney, CarnesWarwick Law Firm; TARA D. WARWICK, Attorney, CarnesWarwick Law Firm; JASON M. HENSLEY, Executive Director, North Carolina Bar Association; MARIA HARKLEY, DORMAKABA; KATELYNN PORTER, DORMAKABA; VICKIE INZERILLO, DORMAKABA; DAN DOLE, DORMAKABA; CAROLINIAN NEWSPAPER; KEVIN J. PRICE, President/CEO, Institute Economic Development; CARLOS MCCALL, Financial Technical, Institute Economic Development; T. F. CONGLETON, Senior Credit Officer, Natural Capital Investment Fund, Inc. (NCIF);; ANNA TEFT, Senior Vice President & Director of Lending, Natural Capital Investment Fund, Inc. (NCIF); BRYANT EDWARDS; AMY EDWARDS; GREY PARKS, President/Owner, Parkers Building Supply; ABBY ORTIZ, Owner, A1 Supply; MIKE AUSTELL, Operation & Workforce Development, Carolina AGC; BILL STRICKER, VP Operation & Workforce Development, Carolinas AGC; SHELBY M. SCALES, Director of Small and Disadvantages Business, U.S. Department of Transportation; DARRIN BROWN, Director of Small and Disadvantages Business, U.S. Department of Transportation; SCOTT STRICKLAND, Martin Architectural Products; CHARLIE CONGLETON, Owner, Smith-Congleton Hardware; STEPHENSON MILLWORKS COMPANY; TRACY A. BURGESS, Owner/Vice President, Burgess Sale & Supply; PRYOR GIBSON, Assistant Secretary, North Carolina Employment Security; DAVID BYWATER, CEO, Vivant Headquarters; KELLY BUNCE, Representative/Insurance Agent, Accurrence Insurance II; MITCH COLVIN, Mayor, City of Fayetteville; ANTHONY BANNERMAN, Ex-

Boyfriend; RIHARD FOX, Ex-Attorney; CARNESWICK LAW FIRM; NORTH CAROLINA LICENSING BOARD OF GENERAL CONTRACTORS; NEXSTAR

Defendants - Appellees

---

J U D G M E N T

---

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK